ATTACHMENT 1

11/20/2019

To whom it may concern,

I am writing to you about Irvin Siordia. I've known Irvin and his family for 9 ½ years. He has always been there for his children and lately I've seen that the absence of his father is affecting them. I watch their children 5 days a week after school and the little one Kevin cries mostly every day for his dad. Irvin Siordia would pick them up from school and take them home and he would cook for them. He was always there for them. It worries me that absence of their father will affect them.

The little one Kevin Siordia cries mostly every day,

Irvin Siordia J.R is not the same happy talkative little boy I used to know. He keeps to himself a lot and doesn't say much anymore.

The oldest Aliyah Siordia has been a little rebel lately and that is not who she was.

A father figure is needed in the kids' lives. They are growing up and they are going to be facing situations and I am afraid of the decisions they will make.

Kenia is a great mother and is always providing for them but it takes two to have children and two to raise them. Their father is needed in their lives.

According to the census Bureau, 19.7 million children, that is more than 1 in 4 live without a father in the home. According to the research it shows when a child is raised in a father-absent home he or she is affected in many ways. For example 7x more likely to become pregnant as a teen, more likely to have behavioral problems, more likely to face the abuse and neglect, more likely to go to prison, more likely to abuse drugs and alcohol, more likely to commit a crime 2x more likely to drop out of high school, and the list goes on.
All this can be prevented by the kids having their father in their lives.

Irvin Siordia is a great father let him continue being a great father for his kids. Don't let the kids fall in to a father absent home. I believe in second chances but don't take the kids first chance becoming someone great when they grow up.

Sincerely

Lizette Cardenas

11/10/2019

Dear Judge,

It would be my honor to write in favor of Irvin F. Siordia. My name is Karen Diaz, I have known Irvin F. Siordia for about 4 years. I met him through his wife Kenia Murguia. Kenia and I are practically family, which breaks my heart expressing my feelings in this letter. Irvin F. Siordia has always been a wonderful, respectful and responsible person; for his wife and kids he has gone above and beyond.

I recall a story that feels like it just happened yesterday. On a Saturday morning, Kenia and I were working together. All I kept hearing was Kenia complaining about pain. I was scared because at that time, she was about 7 months pregnant with her fourth child America. Kenia was not feeling good and had stated she was dizzy and had a bad headache.

As soon as Kenia called her husband, Irvin and informed him of how she was feeling, he rushed to our job with the rest of the kids to make sure his wife and baby were ok. What touched my heart was when he walked in with medication and food in his hands. Irvins words were, "I asked the pharmacist what was safe for you and my baby, and if you don't want this I'll take you to the hospital now!"

Irvin bought her plenty of food and Tylenol and wanted to make sure she felt better before he left. Kenia's cubicle was filled with so much love along with her husband and the rest of her kids. I remember our branch manager saying, "Kenia take all the time you need and Irvin thank you for taking care of her."

Its things like this that show the type of person Irvin is. His family and wife need him. His presence is needed in the house hold. Kenia to me is a strong women, but these past months I've witnessed a change. Her four children and herself are in a very difficult stage. They look mentally drained from the absence of Irvin.

Sincerely,

To whom it may concern

I'm writing this letter in honor of Irvin. I have over the time become very close to him and his family and I would just like to express how wonderful a father and husband he is. Since his absence these past few months I have noticed how much my best friend and her babies are struggling without him. Not only am I his wife's best friend but I am as well the Godmother of one of the children. And that's Kevin. And let me just say my poor godson and the rest of the children have been truly impacted. I am a mother of 3 who as well recently experienced this same situation with the father of my children and have seen how negatively this has impacted my family in so many ways that I now have to find ways to be able to attend many therapy sessions with my own children due to the fact that the absence of my children father has caused so much pain. And seeing my godson and the children experiencing the same situation is just heartbreaking in so many ways. Especially for his wife who now has to carry all the emotional distress, this is causing to everyone. Having to stay strong in front of children is one of the hardest things to do alone. She has gone from having her support system at all times to now struggling to carry and wipe away every teardrop from her babies. Without being able to share her own tears with him because she now has to stay strong as well for her husband, the only time she has to break down is when she is alone in the shower where her children do not hear her crying of the pain this is given them all. I hope this letter can be as helpful as possible not only because of how wonderful a person he is but as a father he was always there for them. In all the Good and bad times he never left them. His children and his wife mean the world to him. That he would always drop anything he was doing for his family. I have seen the changes in all the children already. And this is just not making life any better for them. It is shown and facts have been proven that the absence of a father can lead up to any wrongdoings on behalf of the children. It can lead up to behavior issues, it can lead up to feel like abandonment to them. And once that happens children can fall into the wrong footsteps with the wrong people. So I beg of you to please consider all the facts of the absence of a parent and give him the opportunity to continue rising his children as he has done since day one he has become a father.

Sincerely

X *Lilliana Martinez*
Lilliana Martinez

November 15, 2019

To whom it may concern:

My name is Kenia Murguia-Siordia and I have been married to Irvin F. Siordia for 9 years, going on 10 years this upcoming May 15th 2020. I have known my husband since he was 15 years of age and I was 16. When I met my husband, he was living at home with his parents, his sister and his one-year old daughter. At the time, Irvin was already a drop out from high school. The mother of his daughter had abandoned her when she was only 15 days old, therefore, due to the harsh circumstances he made the choice to drop out from high school and stay home to care for his daughter. He was lucky enough to have his mother's and father's financial support at the time, since he was so young. While the mother of his daughter would benefit from the government public assistance and income tax credit. I mention this to give you an insight of Irvin's character.

One year into our relationship I gave birth to our first daughter Aliyah Siordia, and then at only 17 and 18 years of age we began to form our family and live together. As the years went by Irvin and I accomplished a healthy marriage and had 3 more children. They're names are as follows: Irvin F. Siordia Jr. (10years old), Kevin Siordia (6 years old), and America Siordia (1yr old). Over the years of us living together Irvin has proved to me he is dedicated to our family and is a prime example of what a father and husband should be. My husband's current situation brings me and our 5 children great sadness and so much pain. Since the day my husband was detained I have been suffering mentally, emotionally, and economically as I am struggling to make ends meet for me and my children. In May of 2018, my husband and I bought a property with our year's savings so that our kids could have a place they can call home. Since I no longer have the financial support of my husband I will be force to sell the property since I no longer maintain it.

I am not only missing my husband's financial support but his overall support. For example, I work from 9-5, so my husband would pick up our kids up from school, feed them, and help them with school work. Then it was my turn, after performing his father duties he would get ready for his 3rd shift job. Being left to raise 4 kids on my own has been the hardest task. This unfortunate circumstance not only affected me but our children as well. My 3 children need to see a psychologist due to their father's absence. It is an extremely hard conversation to have with them. I pray and hope that this letter touches your heart and helps bring an insight to my unbearable situation. Thank you to the reader.

Sincerely- Kenia Murguia-Siordia



# Little Village Community Council

*Chartered by the State of Illinois as a Non-profit Corporation IRS 501 (c) (3)*
*Since June 9, 1967*

**3610 West 26th Street • Chicago, Illinois 60623**
**Telephone (312) 286-3405**

*OFFICERS*

*President*
**August Sallas**

*Vice President*
**Baltazar Enriquez**

*Treasurer*
**Ulysses Hernandez**

*Secretary*
**Ashley Calderon**

*Sergeant-at-Arms*
**Albert Villaseñor**

*Office Manager*
**Norma Calderon**

*Programs:*
**Museum of Mexican Culture and History**

**Little Village Senior Club**

**Dr. Hector P. Garcia AMVETS Post 326**

**H.O.P.E**
Helping Others Progress Economically

**Mexican American Youth Athletic Association**

**Hispanic American Labor Council**

**Legal Clinic**

## TO WHOM IT MAY CONCERN

November 5, 2019

It is with pleasure that I write this letter on behalf of **Irvin Fernando Siordia** who I have known for 14 years. Irvin Fernando Siordia is a member in good standing with the Little Village Community Council [LVCC].

Irvin has given unselfishly of his time to help the Little Village community. He has done various chores at the LV Community Council. He helped pass out flyers announcing LVCC "Passport Day" in Little Village, helped with the Chicago CityKey ID Card project, distributed flyers announcing "Free Smoke Alarms" day, helped with Christmas "Toys for Tots" and worked in numerous clean-up campaigns; and other projects [see attachment].

Irvin is a responsible, hard-worker, courteous, prompt and dependable person.

The officers and members of the Little Village Community Council have the highest respect for Irvin Fernando Siordia.

Kindly give Irvin Fernando Siordia your favorable consideration, it will be greatly appreciated.

If you have any questions relative to this matter, please feel free to call me on my cell: 312/286-3405. Thank you.

With kindest regards, I am,

Sincerely,

*August Sallas*

August Sallas
President

*"Organizing A Stronger Community"*

# LITTLE VILLAGE COMMUNITY COUNCIL SERVICES

[1] Legal Clinic. Free legal counseling.

[2] Free Expungement Workshop.

[3] Senior Club. Bingo, raffles, food, movies, and refreshments.

[4] Free clothing daily.

[5] Free Christmas Toy Give-Away.

[6] Mobile Driver's License and State ID Services – Sec. of State Office.

[7] Free Flu Shots.

[8] Chicago CityKey program. City Clerk's Office.

[9] How to Create A Will and Trust workshop.

[10] City, county, and state services assistance.

[11] Free Mini Health Fair & 4-Men Only Health Fair.

[12] Voter's registration.

[13] Free haircuts and manicures.

[14] "Back to School" Block Party. Free school supplies.

[15] ESL Classes [English as a Second Language].

[16] Veteran's Assistance and programs.

[17] Senior's I.D., Medical I.D., Kid's I.D./City Clerk's Office.

[18] Halloween Free candy.

[19] Free Food Pantry.

[20] Job Fair.

[21] College Fair.

[22] Garage Sale.

[23] American U.S. Passport Day.

[24] Police Exam Recruitment Day.

[25] Free smoke alarms partnered with American Red Cross.

[26] Consulate General of Mexico services.

[27] Cook County Assessor's Office Property Tax Exemption Assistance.

August Sallas, President – Cell: 312/286-3405

10/15/2019

To whom it may concern I have known Irvin Fernando Siordia his mother, sister and kids for approximately 15 years now. My sons and daughters also know him they are close friends to my family. I have worked with Irvin's mom in the same place for about 15 years. I can vouch for him and say that he has been a person of morals and integrity over the time we have known each other.

I can further state that Irvin has been immensely dedicated to his family and work, and a loving person towards friends too.

He has been known to be a helpful and charitable and is a much-loved person by all.

For your information I am an Illinois janitorial worker.

If you have any questions, feel free to contact me anytime.


Regards,

Bertha Sanchez

773-940-5184

*Bertha Sanchez*
*Bertha Sanchez*

Dear Judge Moreno,
November 05, 2019

    Good day, my name is Alicia Siordia. Irvin Fernando Siordia is my eldest son. I just want to start by saying that Irvin is a great son, brother, and most importantly a wonderful father to his kids. He became a father at the age of 15 years old with a women that was 21 years old at the time. Just at 15 years old he was taking care of his first daughter. My granddaughter's mother left her in my house when she was about two months old. Shortly after that she had a problem with one of her kids and DCFS got involved. They were going to take my granddaughter when she was about 3 years old. I decided to apply for a foster care license so they wouldn't take away my granddaughter from my son and from my home. When my granddaughter was about 6 years old her mother was allowed to pick her up and after that she wouldn't allow my son to his daughter. so, Irvin took her to court for his visitation rights. He has been married for about 10 years now and has kids within his marriage that he adores and loves with his whole entire heart. I just want to say your honor that my son is great man. My family is going through a really rough time and I just pray that it will all end soon. You can reach my at (708)574-5369.

Thank you.
Alicia Siordia

November 9, 2019

Dear Judge Moreno,

With pleasure I write this letter on behalf of my brother Irvin Fernando Siordia. My name is Irene Siordia and I am Irvin's sister. I can vouch for him and say that Irvin is a great brother, son and most of all a wonderful father to his kids. Irvin became a father at an early age, and I watched him become a family man. Irvin without a doubt is the best father to his kids he will go on and beyond for his children. Irvin and me always had a great relationship, we would never fight or argue like some brothers and sisters do. Irvin was always there for me whenever I needed advice. He is someone that I can talk to and that I trust. Irvin is a great cook, he would come over and he would offer to cook me anything I wanted. My brother is someone that is there to help anybody at need. He is a family man he is very sweet and sensitive and my daughters love him because he is always playing with the kids and always cracking jokes whenever we get together. My brother has been always been there for me, when I had my gums swollen from a root canal he brought me some yogurt and soup to eat without me asking him. Also, when I was pregnant I had told him that I was craving some donuts that would be giving out for breakfast when I was in elementary school. Those donuts were kind of hard to find so, the next day he brought me a bag full of them and I was so grateful. Irvin has always been so talkative and he is loved my the people family and friends. Irvin is a decent man very loyal and responsible. Our family is very hurt by what is happening and I'm sure that with an opportunity he will never make the same mistake because he has plenty of support at home. He without a doubt has my support and I will always be here for him in his time of need. Thank you so much for taking the time to read my letter. Kindly consider his situation when making your decision.

Yours faithfully,
Irene Siordia

(708)378-9905